# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARY J. SIMON  
624 YALE LANE  
ISLAND LAKE, IL  60042  

SSN-xxx-xx-4645

Case Number: 04-75104

Case filed on: 10/12/2004  
Plan Confirmed on: 1/21/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $14,400.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PAUL M BACH | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
| 003 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | KOVITZ, SHIFRIN & NESBIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ASSET ACCEPTANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | MARY J. SIMON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE MANHATTAN | 5,000.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 5,774.07 | 5,774.07 | 5,774.07 | 0.00 |
| 004 | COUNTRYWIDE HOME LOANS INC | 82,601.99 | 0.00 | 0.00 | 0.00 |
| 005 | CHASE MANHATTAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 93,376.06 | 5,774.07 | 5,774.07 | 0.00 |
| 007 | BENEFICIAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 7,107.13 | 7,107.13 | 869.17 | 0.00 |
| 009 | CACV OF COLORADO LLC | 2,978.02 | 2,978.02 | 364.20 | 0.00 |
| 010 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DIABETES SELF CARE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HMW, LLC | 15,346.48 | 15,346.48 | 1,876.83 | 0.00 |
| 013 | ASSET ACCEPTANCE LLC | 5,738.69 | 5,738.69 | 701.82 | 0.00 |
| 015 | FINGERHUT CREDIT ADVANTAGE | 592.47 | 592.47 | 72.46 | 0.00 |
| 016 | FIRST NORTH AMERICAN NATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FLEET CREDIT CARD SERVICES | 3,297.01 | 3,297.01 | 403.21 | 0.00 |
| 018 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | WORLD FINANCIAL NETWORK NATIONAL BANK | 400.42 | 400.42 | 48.97 | 0.00 |
| 020 | LINDSAY CHIROPRACTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CAVALRY INVESTMENTS LLC | 4,587.27 | 4,587.27 | 561.01 | 0.00 |
| 022 | MCHENRY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CAVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PORTFOLIO RECOVERY ASSOCIATES | 5,015.99 | 5,015.99 | 613.44 | 0.00 |
| 026 | RESURGENT CAPITAL SERVICES | 870.08 | 870.08 | 106.41 | 0.00 |
| 027 | RESURGENT CAPITAL SERVICES | 117.69 | 117.69 | 14.39 | 0.00 |
| 028 | BENEFICIAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | DISCOVER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MBNA AMERICA-ECAST SETTLEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SHELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROUNDUP FUNDING LLC | 2,179.65 | 2,179.65 | 266.56 | 0.00 |
|  | Total Unsecured | 48,230.90 | 48,230.90 | 5,898.47 | 0.00 |
|  | Grand Total: | 143,406.96 | 55,804.97 | 13,472.54 | 0.00 |

Total Paid Claimant:        $13,472.54  
Trustee Allowance:          $927.46  
Percent Paid Unsecured:     12.23  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008              By  /s/Heather M. Fagan